**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

MANNY FILM, LLC,

    Plaintiff,

v.                                               Civil Action No. 1:15-cv-20905-RNS

JOHN DOE, subscriber assigned IP address
66.229.129.222,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY
<u>DISMISSAL WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 66.229.129.222. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 6, 2015

                                                  Respectfully submitted,

                                                  By:    /s/ *M. Keith Lipscomb*
                                                  M. Keith Lipscomb (429554)
                                                  klipscomb@lebfirm.com
                                                  Lipscomb, Eisenberg & Baker, PL
                                                  2 South Biscayne Boulevard, PH 3800
                                                  Miami, FL  33131
                                                  Telephone:  (786) 431-2228
                                                  Facsimile:  (786) 432-2229
                                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb