United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Manny Film LLC, Plaintiff<br>v.<br>John Doe, subscriber assigned IP address 66.229.129.222, Defendant | Civil Action No. 15-20905-Civ-Scola |

### Order Of Dismissal

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Dismissal, ECF No. 11). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on July 20, 2015.

Robert N. Scola, Jr.
United States District Judge